■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS D., Appellant. [841 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence, as amended, of the County Court, Westchester County (Loehr, J.), imposed March 17, 2006, on the ground that the sentence is illegal.

Ordered that the sentence, as amended, is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.